| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Carrington Mortgage Services, LLC* | |
| In Re:<br><br>Bruce A. Piekarsky<br><br>     Debtor. | Chapter: 13<br><br>Case No.: 22-10450<br><br>Judge: Rosemary Gambardella, U.S.B.J.<br><br>Hearing: March 1, 2023 at 10:00AM |

## NOTICE OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

To:  Jeanne A. Naughton, Clerk  
     Martin Luther King, Jr. Federal Building  
     50 Walnut Street  
     Newark, NJ 07102  

     Marie-Ann Greenberg  
     Chapter 13 Standing Trustee  
     30 Two Bridges Road  
     Suite 330  
     Fairfield, NJ 07004-1550  
     *Trustee*

David L. Stevens  
Scura, Wigfield, Heyer & Stevens  
1599 Hamburg Turnpike  
Wayne, NJ 07470  
*Debtor's Attorney*

Bruce A. Piekarsky  
250 George Rd., Apt. 8J  
Cliffside Park, NJ 07010  
*Debtor*

Debra Piekarsky  
250 George Rd., Apt. 8J  
Cliffside Park, NJ 07010  
and  
9129 SW 20th Place  
Davie, FL 33324  
*Co-Debtor*

**PLEASE TAKE NOTICE**, that on March 1, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, Hill Wallack LLP, attorneys for Carrington Mortgage Services, LLC ("Movant"), shall move before the Honorable Rosemary Gambardella, U.S.B.J., at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3E, Newark, New Jersey 07102, for an Order granting Movant relief from the automatic stay with respect to the debtor, Bruce A. Piekarsky ("Debtor") pursuant to Section 362(d)(1) of the Bankruptcy Code and relief from co-debtor stay with respect to co-debtor, Debra Piekarsky ("Co-Debtor") pursuant to Section 1301(c) with respect to real property located at 9129 SW 20th Place, Davie, FL 33324 (the "Property"), on which Movant holds a Mortgage; and

**PLEASE TAKE FURTHER NOTICE**, that Movant shall rely upon the Certification of Creditor Regarding Post Petition Payment History (Note and Mortgage) in support of its Motion; and

**PLEASE TAKE FURTHER NOTICE**, that Movant further requests an order providing that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor; and

**PLEASE TAKE FURTHER NOTICE**, that in accordance with LBR 9013-1(a) and LBR 9013-4, a proposed form of Order is submitted herewith and in accordance with LBR 9013-3(d), this motion will be decided on the papers unless opposition is filed.

      **HILL WALLACK LLP**
      Attorneys for Movant

      By: */s/ Elizabeth K. Holdren*
          Elizabeth K. Holdren

Dated: February 6, 2023