**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
Dstevens@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>BRUCE A. PIEKARSKY<br><br>            Debtor. | Case No.: 22-10450-RG<br><br>Chapter 13<br><br>Judge: Hon. Rosemary Gambardella<br><br>Hearing Date: April 5, 2023 |

*Oral Argument Not Requested*

**CERTIFICATION OF DEBRA PIEKARSKY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING AND APPROVING (I) THE SALE OF REAL PROPERTY LOCATED AT 250 GORGE ROAD, CLIFFSIDE, NEW JERSEY; (II) THE SALE OF DEBTOR'S INTEREST IN REAL PROPERTY LOCATED AT 9129 SW 20TH PLACE, UNIT C, FT. LAUDERDALE, FLORIDA; (III) PAYMENT OF PROFESSIONAL FEES FROM SALE PROCEEDS; AND (IV) A PRIVATE SALE OF THE PROPERTY.**

I, Debra. Piekarsky, being of full age, do hereby certify the following:

1. I am the spouse of the debtor in the above referenced case and state the following facts from personal knowledge.

2. I am filing this certification in support of the motion for an order authorizing (i) authorizing the sale of real property located at 250 Gorge Road, Apt. 8J, Cliffside Park, New Jersey; (ii) and authorizing the sale of Debtor's interest in real property located at 9129 SW 20th Place, Unit C, Fort Lauderdale, Florida 33324 (the "Sale"); and (iii) authorizing compensation to retained professionals for approved fees and costs from sale proceeds; and (iv) authorizing the sales to be private ones (the "Motion").

3.      I jointly own the two real properties which are the subject of the motion:  250 Gorge Road, Apt. 8J, Cliffside Park, New Jersey and the property is located at 9129 SW 20th Place, Unit C, Fort Lauderdale, Florida 33324.

4.      I have executed the contract of sale for the 250 Gorge Road property and intend on taking all actions necessary to effectuate the sale.

5.      I understand that the mortgage, homeowners association, and all typical closing costs will be paid at closing.

6.      I understand that except for the amount that is exempt, my husband's half interest in the net sale proceeds will be paid to fund his Chapter 13 Plan.

7.      I also understand that in exchange for my husband's joint interest in our Florida property (whereafter I will solely own the Florida home free of any of his liabilities or interest), I will also instruct the closing agent to transfer $103,565.31 to the Standing Chapter 13 Trustee for further funding of his Chapter 13 Plan.

8.      I have also agreed to pay reasonable legal fees for the representation of my husband in the pending adversary proceedings from my share of the net sale proceeds.  After reviewing the amount owed, I will reach an agreement with his counsel to escrow sufficient funds to pay what is currently due and provide assurance of future payment. I am informed that my husband's counsel will also make an application to the Bankruptcy Court for approval of compensation.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of these statements are willfully false, I am subject to punishment.


Dated: March 27, 2023                    */s/ Debra Piekarsky*
                                          Debra Piekarsky

February 4, 2022

Mr. Bruce Piekarsky
250 Gorge Road, Unit #8J
Cliffside Park, NJ  07010

**Re:**    ***250 Gorge Road, Unit #8J***
***Cliffside Park, NJ  07010***

Dear Mr. Piekarsky:

The determination of market value is most accurately derived by using a method known as the Comparative Sales Approach. This approach evaluates many aspects of a subject property and other similar type properties, which have been sold recently. The most significant of these aspects include project quality of construction, cooperative size (room count), bedroom count, bathroom count, location, condition (upgrades) and view amenity.

We have evaluated the above referenced property using the Comparative Sales Approach and have determined the **market value** to be **$425,000.00 +/- 5%** as of **February 1, 2022**.

**(Four Hundred Twenty Five Thousand and 00/100 Dollars +/- 5%)**

*Please be advised that additional factors that may affect value are interest rates, supply and demand.*

Sincerely,

**CENTURY 21 CALABRESE REALTY**

Peter J. Colao
Broker

CENTURY 21® Calabrese Realty

2019451070        745 Palisade Avenue, Cliffside Park, NJ  07010

Each office is independently owned and operated.



# COMPARATIVE MARKET ANALYSIS



### 9129 SW 20 Pl
### Plantation, FL 33324

## Bruce Piekarsky

FEBRUARY 4, 2022

Marc Brown  | marc@marcbrownpa.com

Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

# MAP OF COMPARABLE LISTINGS





STATUS:  **S** = CLOSED    **P** = PENDING    **A** = ACTIVE

| | MLS # | STATUS | ADDRESS | BEDS | BATHS | SQFT | PRICE |
|---|---|---|---|---|---|---|---|
| 1 | Subject | | 9129 SW 20 Pl | 3 | 2.50 | 1,488 | - |
| 2 | FX-10275019 | S | 8002 Sw 22nd Court 8002 | 3 | 2.00 | 1,276 | $255,000 |
| 3 | FX-10309170 | S | 9126 C Sw C 20th Place 9126 C | 3 | 3.00 | 1,488 | $340,000 |
| 4 | FX-10312248 | P | 9121 Sw 19th Court B | 3 | 3.00 | 1,488 | $408,999 |
| 5 | FX-10302756 | S | 9127 Sw 20th Place D | 3 | 3.00 | 1,488 | $350,000 |
| 6 | FX-10299996 | S | 9120 Sw 19th Court B | 3 | 3.00 | 1,488 | $350,000 |
| 7 | FX-10289531 | S | 7340 Sw 26th Court 53 | 3 | 3.00 | 1,490 | $260,000 |
| 8 | FX-10287618 | S | 2810 Sw 87th Avenue 901 | 3 | 3.00 | 1,500 | $250,000 |
| 9 | FX-10287560 | S | 9158 Sw 23rd Street D | 3 | 3.00 | 1,488 | $350,000 |
| 10 | FX-10289713 | S | 2071 Orange Grove Drive A 16 | 3 | 3.00 | 1,350 | $320,000 |
| 11 | FX-10313219 | A | 7325 Sw 26th Court 7325 | 3 | 3.00 | 1,490 | $425,000 |



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

## SUMMARY OF COMPARABLE PROPERTIES



### S SOLD LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 8002 Sw 22nd Court 8002 | 4/9/21 | 3 | 2.00 | 1,276 | $255,000 | $200 |
| 9126 C Sw C 20th Place 9126 C | 12/30/21 | 3 | 3.00 | 1,488 | $340,000 | $228 |
| 9127 Sw 20th Place D | 11/15/21 | 3 | 3.00 | 1,488 | $350,000 | $235 |
| 9120 Sw 19th Court B | 10/14/21 | 3 | 3.00 | 1,488 | $350,000 | $235 |
| 7340 Sw 26th Court 53 | 9/10/21 | 3 | 3.00 | 1,490 | $260,000 | $174 |
| 2810 Sw 87th Avenue 901 | 8/11/21 | 3 | 3.00 | 1,500 | $250,000 | $167 |
| 9158 Sw 23rd Street D | 8/10/21 | 3 | 3.00 | 1,488 | $350,000 | $235 |
| 2071 Orange Grove Drive A 16 | 7/30/21 | 3 | 3.00 | 1,350 | $320,000 | $237 |
| Averages | | | | 1,446 | $309,375 | $214 |

### P PENDING LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 9121 Sw 19th Court B | - | 3 | 3.00 | 1,488 | $408,999 | $275 |
| Averages | | | | 1,488 | $408,999 | $275 |

### A ACTIVE LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 7325 Sw 26th Court 7325 | - | 3 | 3.00 | 1,490 | $425,000 | $285 |
| Averages | | | | 1,490 | $425,000 | $285 |



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

## 8002 SW 22ND COURT 8002
### DAVIE, FL MLS #FX-10275019



**$255,000**

**CLOSED** 4/9/21

3 Beds 2.00 Baths
Year Built 1979

1,276 Sq. Ft. ($200 / sqft)
Days on market: 5




---

## Details

**Prop Type:** ["Courtyard", "Townhouse"]

**County:** Broward

**Area:** 3880

**Subdivision:** Arrowhead Golf and Tennis

**Style:** ["Courtyard", "Townhouse"]

**Full baths:** 2.0

**Lot Size (sqft):**

**List date:** 3/10/21

**Sold date:** 4/9/21

**Off-market date:** 3/15/21

**Updated:** Apr 10, 2021 12:10 AM

**List Price:** $245,000

**Orig list price:** $245,000

**Assoc Fee:** $275

**Taxes:** $2,868

---

## Features

**Carport Spaces:** 2.0

**Construction Materials:** Concrete, Block

**Cooling:** Ceiling Fan, Central

**Exterior Features:** Fence, Shutters

**Flooring:** Carpet, Ceramic Tile

**Furnished:** Unfurnished

**Inclusions:** Range - Electric, Disposal, Dishwasher, Dryer

**Interior Features:** Ctdrl/ Vault Ceilings, Walk-in Closet, Entry Lvl Lvng Area

**Utilities:** Cable Connected

**View:** Garden

**Virtual Tour:** View

---

## Remarks

Want to live in Davie in a corner townhome with 3 bedrooms 2 baths?? Here is your opportunity. Centrally located townhome in the Arrowhead Golf and Tennis community is now available. This unit is next to an open large grass

---


Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

area as if you had your own spacious yard alongside the courtyard and great patio in the back of the unit. With two bedrooms downstairs and one upstairs, this home could be great for roommates for students attending close by Broward College or NSU; or fit for a family. Either way, completely worth a look. Monthly maintenance of $275 includes building exterior, exterior insurance, common area, and recreation facilities. Per seller, amazing Sushi Burrito place close by definitely will be missed by her ;)



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



## 9126 C SW C 20TH PLACE 9126 C
### DAVIE, FL MLS #FX-10309170

## $340,000

**CLOSED** 12/30/21

3 Beds 3.00 Baths
Year Built **1982**

1,488 Sq. Ft. ($228 / sqft)
Days on market: 3




## Details

**Prop Type:** ["Townhouse"]
**County:** Broward
**Area:** 3880
**Subdivision:** RIDGEWOOD

**Style:** ["Townhouse"]
**Full baths:** 3.0
**Lot Size (sqft):**
**List date:** 11/26/21

**Sold date:** 12/30/21
**Off-market date:** 11/29/21
**Updated:** Jan 3, 2022 1:21 PM
**List Price:** $324,900

**Orig list price:** $324,900
**Assoc Fee:** $332
**Taxes:** $5,103

## Features

**Construction Materials:** Concrete, Block
**Cooling:** Electric
**Disclosures:** Sold As-Is

**Exterior Features:** Open Balcony, Open Porch
**Flooring:** Carpet, Tile
**Inclusions:** Range - Electric, Refrigerator

**Number Of Units Total:** 4
**Utilities:** Cable Connected
**View:** Lake
**Virtual Tour:** View

**Waterfront Features:** Lake

## Remarks

Tranquil waterfront fee simple 3 bedrooms and 3 full baths Town home, with one bedroom with closets and a full bath on the first floor. Patio perfect for entertaining, kitchen remodeled, 1st floor full bath updated and beautiful wood look tile planks on the first floor, unit has hurricane accordion shutters. Town home is assigned 2 parking spaces with guest parking. Well kept grounds, Homeowners include exterior of building and basic cable. Access to amazing Country club amenities with a $175 per year food charge to be utilized at restaurant. Community is



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

well located to easy access to Universities and 595. Please present highest and best contracts with Proof of funds or pre-approval.

 Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



**9121 SW 19TH COURT B**
**DAVIE, FL** MLS #FX-10312248

LOKATION
REAL ESTATE

## $408,999

**PENDING** 1/5/22

3 Beds **3.00** Baths
Year Built **1982**

1,488 Sq. Ft. ($275 / sqft)
Days on market: **14**





### Details

**Prop Type:** ["Townhouse"]
**County:** Broward
**Area:** 3880
**Subdivision:** Pine Island Ridge

**Style:** ["Townhouse"]
**Full baths:** 2.0
**Half baths:** 1.0
**Lot Size (sqft):**

**List date:** 12/22/21
**Pending date:** 1/5/22
**Off-market date:** 1/5/22
**Updated:** Jan 5, 2022 2:27 PM

**List Price:** $408,999
**Orig list price:** $409,000
**Assoc Fee:** $332
**Taxes:** $4,262

### Features

**Construction Materials:** CBS
**Cooling:** Ceiling Fan, Central
**Disclosures:** Sold As-Is

**Exterior Features:** Fence, Open Balcony
**Flooring:** Tile
**Furnished:** Furniture Negotiable

**Inclusions:** Washer, Ice Maker, Range - Electric, Refrigerator, Microwave, Disposal, Dishwasher, Dryer

**Interior Features:** Walk-in Closet
**Utilities:** Cable Connected
**View:** Garden
**Virtual Tour:** View

### Remarks

Nicely updated Town Home in Pine Island Ridge. Home features 3 bedroms (1 on the 1st floor) and 2.5 baths, granite countertops, S/S appliances, full size washer & dryer, accordian shutters, spacious storage area, fenced private patio, designated parking plus guest parking. HOA includes basic cable, roof plus building exterior, trash, sewer, plus lawn/landscaping maintenance. Community Clubhouse amenities include; Pool, Hot Tub, Tennis/


Marc Brown


LOKATION
REAL ESTATE

Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

Basketball Courts, Gym, Playground, Library, Billiards, Conference Rooms, Bar & Restaurant on site, and Community Golf Course. 2 Assigned parking spots plus ample guest parking. Minutes to 595, I-75, and the Sawgrass Expressway. No Rentals 1st year owned.



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



**9127 SW 20TH PLACE D**
**DAVIE, FL** MLS #FX-10302756

**$350,000**

`CLOSED` 11/15/21

3 Beds 3.00 Baths

Year Built 1982

1,488 Sq. Ft. ($235 / sqft)

Days on market: 15





## Details

**Prop Type:** ["Courtyard", "Patio Home", "Townhouse"]

**County:** Broward

**Area:** 3880

**Subdivision:** Ridgewood

**Style:** ["Courtyard", "Patio Home", "Townhouse"]

**Full baths:** 2.0

**Half baths:** 1.0

**Lot Size (sqft):**

**List date:** 9/28/21

**Sold date:** 11/15/21

**Off-market date:** 10/13/21

**Updated:** Nov 17, 2021 10:10 AM

**List Price:** $349,900

**Orig list price:** $349,900

**Assoc Fee:** $332

**Taxes:** $3,007

## Features

**Construction Materials:** CBS, Concrete, Block

**Cooling:** Ceiling Fan, Central

**Direction Faces:** South

**Disclosures:** Sold As-Is

**Exterior Features:** Open Balcony, Open Porch

**Flooring:** Laminate, Tile

**Furnished:** Unfurnished, Furniture Negotiable

**Inclusions:** Washer, Smoke Detector, Hookup, Ice Maker, Refrigerator, Microwave, Disposal, Dishwasher, Dryer

**Interior Features:** Walk-in Closet, Stack Bedrooms, Entry Lvl Lvng Area, Built-in Shelves

**Number Of Units Total:** 4

**Utilities:** Cable Connected

**View:** Garden, Lake

**Virtual Tour:** View

**Waterfront Features:** Lake

**Window Features:** Blinds, Drapes, Verticals

## Remarks

Best Views in the Neighborhood! This Updated Lake Front FEE-SIMPLE Townhome features: Spacious Bedrooms,



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

Oversized Closets, Matching Cabinetry & Granite Throughout, Balconies with Lake & Garden Views, and Patio with Storage & Privacy Fence. New Kitchen Appliances & AC. Full Size Washer and Dryer. Locking Accordion Shutters. Conveniently Located in an Excellent School District and a Short Distance to Shopping and Entertainment. Low HOA Fee Includes: Membership to Pine Island Ridge Country Club with Residents Only Golf & Restaurants, Basic Cable, and Building Exterior.

 Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



## 9120 SW 19TH COURT B
### DAVIE, FL MLS #FX-10299996

**$350,000**

**CLOSED** 10/14/21

3 Beds 3.00 Baths

1,488 Sq. Ft. ($235 / sqft)

Year Built **1982**

Days on market: 6





## Details

**Prop Type:** ["Patio Home", "Townhouse"]

**County:** Broward

**Area:** 3880

**Subdivision:** Ridgewood

**Style:** ["Patio Home", "Townhouse"]

**Full baths:** 2.0

**Half baths:** 1.0

**Lot Size (sqft):**

**List date:** 9/8/21

**Sold date:** 10/14/21

**Off-market date:** 9/14/21

**Updated:** Dec 25, 2021 10:46 AM

**List Price:** $329,900

**Orig list price:** $329,900

**Assoc Fee:** $332

**Taxes:** $5,103

## Features

**Carport Spaces:** 2.0

**Construction Materials:** CBS

**Cooling:** Central

**Disclosures:** Sold As-Is

**Exterior Features:** Fence, Open Balcony, Open Porch

**Flooring:** Carpet, Ceramic Tile, Laminate

**Inclusions:** Washer, Water Heater - Elec, Range - Electric, Refrigerator, Microwave, Dishwasher, Dryer

**Interior Features:** Entry Lvl Lvng Area

**View:** Other

**Virtual Tour:** View

## Remarks

GREAT TOWNHOUSE IN THE HEART OF DAVIE!!! In Pine Island Ridge. 3 bedroom 2 1/2 bathroom, new carpet, eat in kitchen, spacious living room and 3rd bedroom downstairs, upstairs spacious mater bedroom with walk in closet and additional big closet. Both bedrooms with balconies. Washer and Dryer in unit. Large and quiet private court perfect to BBQ and entertaining. COUNTRY CLUB AMMENITIES INCLUDE, 2 RESTAURANTS, GOLF, POOL,



Marc Brown



SAUNA, GYM, TENNIS COURTS AND PLAYGROUND. EXCELLENT SCHOOLS. EASY TO SHOW. CLOSE TO 595 AND MAJOR HIGHWAYS. GREAT SHOPPING AND DINING CLOSE BY.





Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



**7340 SW 26TH COURT 53**
**DAVIE, FL** MLS #FX-10289531

## $260,000

**CLOSED** 9/10/21

3 Beds 3.00 Baths
Year Built **1974**

1,490 Sq. Ft. ($174 / sqft)
Days on market: 44





## Details

**Prop Type:** ["Coach House", "Townhouse"]
**County:** Broward
**Area:** 3780
**Subdivision:** Nova North Condominiums

**Style:** ["Coach House", "Townhouse"]
**Full baths:** 2.0
**Half baths:** 1.0
**Lot Size (sqft):**
**List date:** 6/17/21

**Sold date:** 9/10/21
**Off-market date:** 7/31/21
**Updated:** Nov 12, 2021 2:16 AM
**List Price:** $275,000
**Orig list price:** $275,000

**Assoc Fee:** $191
**Taxes:** $877

## Features

**Construction Materials:** CBS
**Cooling:** Central
**Direction Faces:** South
**Disclosures:** Sold As-Is
**Exterior Features:** Fence, Open Porch, Shed

**Flooring:** Carpet, Tile
**Inclusions:** Washer, Water Heater - Elec, Range - Electric, Refrigerator, Purifier, Disposal, Dishwasher, Dryer

**Interior Features:** Stack Bedrooms, Entry Lvl Lvng Area
**Utilities:** Cable Connected
**View:** Garden
**Virtual Tour:** View
**Window Features:** Blinds

## Remarks

Home shows Pride of Ownership! Will make someone a nice starter home. Well maintained 2 story Townhouse in





Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

Nova North Condominiums, Front Garden Patio and Open Patio in back with nice private fenced yard, Fun for family BBQ's. All Bedrooms Upstairs, Laundry Room inside, Outside storage shed, 2 Assigned parking spaces outside your front door, Nice Community Pool short walk from this unit, Association maintains the building Exterior and Roof. Great location close to Nova Southeastern University & Broward College, Shopping, Restaurants, Whole Foods Market, Trader Joe's, Starbucks. Pet friendly community. Check with your Lender may require 25% down and No FHA accepted.



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



## 2810 SW 87TH AVENUE 901
### DAVIE, FL MLS #FX-10287618

## $250,000

**CLOSED** 8/11/21

3 Beds 3.00 Baths

Year Built 1981

1,500 Sq. Ft. ($167 / sqft)

Days on market: 45




## Details

**Prop Type:** ["Townhouse"]
**County:** Broward
**Area:** 3880
**Subdivision:** HARVEST
**Style:** ["Townhouse"]

**Full baths:** 2.0
**Half baths:** 1.0
**Lot Size (sqft):**
**List date:** 6/4/21
**Sold date:** 8/11/21

**Off-market date:** 7/19/21
**Updated:** Nov 12, 2021 10:31 PM
**List Price:** $259,900
**Orig list price:** $269,900

**Assoc Fee:** $477
**Taxes:** $4,101

## Features

**Construction Materials:** Concrete, Block
**Cooling:** Central, Electric
**Disclosures:** Sold As-Is, Corporate Owned

**Exterior Features:** Screened Balcony
**Flooring:** Tile
**Furnished:** Unfurnished

**Inclusions:** Water Heater - Elec, Range - Electric, Refrigerator
**Interior Features:** Entry Lvl Lvng Area
**View:** Garden

**Virtual Tour:** View

## Remarks

SPACIOUS 3/2.5 CORNER UNIT TOWNHOME IN THE HARVEST COMMUNITY, FRESHLY PAINTED, TILE THROUGH, OUT, CORPORATE OWNED, SEE SELLERS ADDENDUM ATTACHED, EASY TO SHOW, FINAL CLEANING IN PROCESS.


Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



## 9158 SW 23RD STREET D
### DAVIE, FL MLS #FX-10287560

**$350,000**

CLOSED  8/10/21

3 Beds 3.00 Baths

1,488 Sq. Ft. ($235 / sqft)

Year Built 1982

Days on market: 34




---

## Details

**Prop Type:** ["Townhouse"]
**County:** Broward
**Area:** 3880
**Subdivision:** Ridgewood
**Style:** ["Townhouse"]

**Full baths:** 2.0
**Half baths:** 1.0
**Lot Size (sqft):**
**List date:** 6/4/21
**Sold date:** 8/10/21

**Off-market date:** 7/8/21
**Updated:** Dec 25, 2021 10:36 AM
**List Price:** $365,500
**Orig list price:** $375,000

**Assoc Fee:** $332
**Taxes:** $3,863

---

## Features

**Construction Materials:** CBS
**Cooling:** Ceiling Fan, Central, Electric
**Exterior Features:** Open Balcony, Shutters

**Flooring:** Tile
**Inclusions:** Washer, Range - Electric, Refrigerator, Microwave, Disposal, Dishwasher, Dryer

**Interior Features:** Walk-in Closet, Built-in Shelves
**Utilities:** Cable Connected
**View:** Garden
**Virtual Tour:** View

---

## Remarks

Immaculate, updated 3 bedroom/ 2.5 bathroom townhouse located in sought after Country Club community of Pine Island Ridge! This corner unit offers an OPEN concept kitchen w/ Granite countertops, less than 5yrs old Stainless Steel appliances, 1.5 yr old dishwasher, full sized Washer & Dryer, BRAND NEW A/C unit, & lots of storage space. 2 bedrooms located on the 2nd floor, both w/ a set of sliding glass doors leading to their own balconies & 1

---



Marc Brown



9129 SW 20 Pl, Plantation, Florida 33324

bedroom located on the 1st floor with a set of sliding glass doors. The oversized master bedroom features a LARGE & BRAND NEW, FULLY CUSTOMIZED master closet. 2 updated bathrooms upstairs, half bath located downstairs, & a PRIVATE, fenced in, oversized patio. Accordion shutters, 2 parking spaces, guest parking, & Clubhouse w/ plenty of amenities!



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



# 2071 ORANGE GROVE DRIVE A 16
## DAVIE, FL  MLS #FX-10289713

## $320,000
**CLOSED** 7/30/21

3 Beds 3.00 Baths
Year Built 1980

1,350 Sq. Ft. ($237 / sqft)
Days on market: 19





---

## Details

**Prop Type:** ["Courtyard", "Townhouse"]
**County:** Broward
**Area:** 3880
**Subdivision:** Pine Island Ridge

**Style:** ["Courtyard", "Townhouse"]
**Full baths:** 2.0
**Half baths:** 1.0
**Lot Size (sqft):**
**List date:** 6/19/21

**Sold date:** 7/30/21
**Off-market date:** 7/8/21
**Updated:** Dec 25, 2021 10:37 AM
**List Price:** $320,000
**Orig list price:** $320,000

**Assoc Fee:** $450
**Taxes:** $5,179

---

## Features

**Construction Materials:** CBS
**Cooling:** Ceiling Fan, Central
**Direction Faces:** North

**Disclosures:** Sold As-Is
**Exterior Features:** Screen Porch, Shutters
**Flooring:** Laminate, Tile
**Furnished:** Unfurnished

**Inclusions:** Washer, Smoke Detector, Ice Maker, Refrigerator, Microwave, Disposal, Dishwasher, Dryer
**Interior Features:** Foyer

**Number Of Units Total:** 4
**View:** Garden
**Virtual Tour:** View
**Window Features:** Blinds, Single Hung Metal

---

## Remarks

Wake up! It's here! 3/2.5 Townhouse in Davie! Stainless steel LG appliances, Granite countertops, Lavish, glass banister railing. Brand new modern, laminate and tile flooring throughout. The community boasts two pools, two restaurants, gym, basketballcourt, tennis court, golf course, and activity room. Great family-friendly

---


Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

neighborhood.



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



**7325 SW 26TH COURT 7325**
**DAVIE, FL** MLS #FX-10313219

## $425,000

**ACTIVE** 1/5/22

3 Beds **3.00** Baths
Year Built **1974**

1,490 Sq. Ft. ($285 / sqft)
Days on market: 23




---

## Details

**Prop Type:** ["Courtyard", "Townhouse"]

**County:** Broward

**Area:** 3780

**Subdivision:** nova north

**Style:** ["Courtyard", "Townhouse"]

**Full baths:** 2.0

**Half baths:** 1.0

**Lot Size (sqft):**

**List date:** 1/5/22

**Updated:** Jan 28, 2022 11:35 AM

**List Price:** $425,000

**Orig list price:** $425,000

**Taxes:** $3,810

---

## Features

**Construction Materials:** CBS

**Cooling:** Central, Electric

**Exterior Features:** Fence

**Flooring:** Carpet, Laminate, Tile

**Furnished:** Unfurnished

**Inclusions:** Washer, Water Heater - Elec, Hookup, Range - Electric, Refrigerator, Microwave, Dishwasher, Dryer

**Interior Features:** Walk-in Closet, Pantry

**Utilities:** Cable Connected

**View:** Garden

**Virtual Tour:** View

**Window Features:** Blinds

---

## Remarks

Beautiful open spacious townhome Approximately 1490sf. Huge remodeled kitchen--granite counter tops and long cabinets. Laminated wood floors on first floor living room and hallway. New carpet upstairs in bedrooms. Big laundry room first floor with full size washer and dryer. Half bathroom also on first floor. 2 patios front and back

---



**Marc Brown**



9129 SW 20 Pl, Plantation, Florida 33324

patio fenced. Bathrooms remodeled. Spacious master bedroom and large master bathroom dual sinks and shower. NO RESERVES. pet ok. all ages ok. Low maintenance fee $203 monthly. Close to Nova Southeastern University, Broward College, shopping center, restaurants, home depot, Whole foods, Trader Joe's, Starbucks, and more. Community pool. 2 assigned parking spots.



Marc Brown





# LISTINGS

Marc Brown



# ANALYSIS

Marc Brown

Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324



# COMPARABLE PROPERTY STATISTICS

## S 8 Sold Listings



| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $250,000 | $309,375 | $350,000 | $214 | 21 |

## P 1 Pending Listings



| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $408,999 | $408,999 | $408,999 | $275 | 14 |

## A 1 Active Listings



| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $425,000 | $425,000 | $425,000 | $285 | 23 |



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

# ONLINE VALUATION ANALYSIS



## How accurate are Zestimates?

# 33.3%  |  $141,500

Zestimates varied up to 33.3% or $141,500 compared to actual MLS prices.

### S  8 Sold

| ADDRESS | SOLD DATE | SOLD PRICE | ZESTIMATE | DIFFERENCE |
|---|---|---|---|---|
| 8002 Sw 22nd Court 8002 | 4/9/21 | $255,000 | $300,100 | 17.7% |
| 9126 C Sw C 20th Place 9126 C | 12/30/21 | $340,000 | - | - |
| 9127 Sw 20th Place D | 11/15/21 | $350,000 | - | - |
| 9120 Sw 19th Court B | 10/14/21 | $350,000 | - | - |
| 7340 Sw 26th Court 53 | 9/10/21 | $260,000 | $278,800 | 7.2% |
| 2810 Sw 87th Avenue 901 | 8/11/21 | $250,000 | $276,100 | 10.4% |
| 9158 Sw 23rd Street D | 8/10/21 | $350,000 | - | - |
| 2071 Orange Grove Drive A 16 | 7/30/21 | $320,000 | $353,000 | 10.3% |

### P  1 Pending

| ADDRESS | PRICE | ZESTIMATE | DIFFERENCE |
|---|---|---|---|
| 9121 Sw 19th Court B | $408,999 | - | - |

### A  1 Active

| ADDRESS | PRICE | ZESTIMATE | DIFFERENCE |
|---|---|---|---|
| 7325 Sw 26th Court 7325 | $425,000 | $283,500 | -33.3% |



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

Source: Zillow



**Marc Brown**



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

## SOLD PROPERTY ANALYSIS



## Averages

# 100.2%
Homes sold for an average of 100.2% of their list price.

# 21
**Days on market**

It took an average of 21 days for a home to sell.

## Analysis

| ADDRESS | ORIG LIST PRICE | SOLD PRICE | % OF ORIG LIST PRICE | DOM | $ PER SQFT |
|---|---|---|---|---|---|
| 8002 Sw 22nd Court 8002 | $245,000 | $255,000 | 104.08% | 5 | $200 |
| 9126 C Sw C 20th Place 9126 C | $324,900 | $340,000 | 104.65% | 3 | $228 |
| 9127 Sw 20th Place D | $349,900 | $350,000 | 100.03% | 15 | $235 |
| 9120 Sw 19th Court B | $329,900 | $350,000 | 106.09% | 6 | $235 |
| 7340 Sw 26th Court 53 | $275,000 | $260,000 | 94.55% | 44 | $174 |
| 2810 Sw 87th Avenue 901 | $269,900 | $250,000 | 92.63% | 45 | $167 |
| 9158 Sw 23rd Street D | $375,000 | $350,000 | 93.33% | 34 | $235 |
| 2071 Orange Grove Drive A 16 | $320,000 | $320,000 | 100.00% | 19 | $237 |
| Averages | $311,200 | $309,375 | 99.41% | 21 | $214 |



Marc Brown



Comparative Market Analysis

9129 SW 20 Pl, Plantation, Florida 33324

## SUGGESTED LIST PRICE



Analysis of the comparable properties suggests a list price of:

# $300,000

## $201 / sqft

---

## Comparable Averages *per* Status

 **8 Sold**

## $309,375 $214 / sqft

21 Days on Market

 **1 Pending**

## $408,999 $275 / sqft

14 Days on Market

**A** **1 Active**

## $425,000 $285 / sqft

23 Days on Market

---

## Additional Notes

The CMA is a side-by-side comparison of homes for sale and homes that have recently sold in the same neighborhood and price range. This information is further sorted by data fields such as single-family or condo, number of bedrooms, number of baths, postal codes, and many other factors. Its purpose is to show fair market value, based on what other buyers and sellers have determined through past sales, pending sales and homes recently put on the market.

---

 **Marc Brown**

