| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2** <br><br> **BROWN & CONNERY, LLP** <br> Donald K. Ludman, Esquire <br> Julie F. Montgomery, Esquire <br> 6 North Broad Street, Suite 100 <br> Woodbury, NJ  08096 <br> (856) 812-8900 <br> (856) 853-9933 FAX <br> dludman@brownconnery.com <br> jmontgomery@brownconnery.com <br> *Attorneys for the New Jersey Judiciary* | |
| In re: <br><br> Bruce A. Piekarsky, <br><br>            Debtor. | Case No.: 22-10450 <br><br> Hearing Date: August 16, 2023, 10:00 a.m. <br><br> Chapter: 13 <br><br> Judge: Rosemary Gambardella |

### NOTICE OF HEARING ON THE MOTION OF THE NEW JERSEY JUDICIARY TO DISMISS THE BANKRUPTCY CASE WITH PREJUDICE

**PLEASE TAKE NOTICE** that on August 16, 2023 at 10:00 a.m., or as soon as counsel may be heard, the undersigned attorneys for the New Jersey Judiciary ("Movant") will move before the Honorable Rosemary Gambardella, **Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Courtroom 3E, Newark, New Jersey 07102**, for an Order dismissing the bankruptcy case with prejudice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the motion, then no later than (7) days prior to the hearing date you or your attorney must:

File with the court an objection in writing and filed at:

**Clerk, United States Bankruptcy Court**
**US Bankruptcy Court, District of New Jersey**
**PO Box 1352**
**Newark, NJ 07101-1352**

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date. You must also mail a copy of your response to:

**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**
**30 Two Bridges Road, Suite 330**
**Fairfield, NJ  07004-1550**

**David L. Stevens**
**Scura, Wigfield, Heyer, Stevens & Cammarota LLP**
**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
*Attorneys for the Debtor, Bruce A. Piekarsky*

**Donald K. Ludman and Julie F. Montgomery**
**Brown & Connery, LLP**
**6 North Broad Street, Suite 100**
**Woodbury, NJ 08096**
*Attorneys for the New Jersey Judiciary*

**PLEASE TAKE FURTHER NOTICE** that if you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(a) a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d), in the event that an objection or other responsive pleading is timely filed to this Motion, oral argument is requested on the return date hereof and the Movant reserves the right to file a reply brief in support of the Motion addressing any points raised in such objection or response. The undersigned waives oral argument unless objections to the Motion are timely filed.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-(3)(e), unless the Court authorizes otherwise prior to the hearing date hereof, no oral testimony shall be taken at the hearing.

Dated: July 18, 2023

By: */s/ Donald K. Ludman*
Donald K. Ludman, Esquire
Julie F. Montgomery, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com
jmontgomery@brownconnery.com

*Attorneys for the New Jersey Judiciary*

7LD7267