Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−10450−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bruce A Piekarsky
  250 George Rd, Apt. 8J
  Cliffside Park, NJ 07010

Social Security No.:
  xxx−xx−6166

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        9/6/23
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$9,484.00

EXPENSES
$250

---

If this is a chapter 13 case, the fees and expenses awarded:

  ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

  ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 9, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-10450-RG

Bruce A Piekarsky                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                                    Page 1 of 4

Date Rcvd: Aug 09, 2023                          Form ID: 137                                          Total Noticed: 61

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bruce A Piekarsky, 250 George Rd, Apt. 8J, Cliffside Park, NJ 07010-1307 |
| aty | + | Michael A Parker, Keller Williams Realty Metropolitan, 44 Whippany Rd #230, Morristown, NJ 07960-4536 |
| r | + | Dorothy Monopoli, Berkshire Hathaway Home Services, 235 Everett Avenue, Wyckoff, NJ 07481-1944 |
| intp | + | New Jersey Judiciary, c/o BROWN & CONNERY, LLP, Attn: Donald K. Ludman, Esq., 6 N. Broad Street - Suite 100, Woodbury, NJ 08096-4635 |
| 519529881 | + | Alejandro Lopez, 1627 Anderson Ave. Apt 2, Fort Lee NJ 07024-2723 |
| 519529882 | + | Alhaji Omarr Jalloh, 110 Clarendon Pl, Hackensack NJ 07601-3627 |
| 519487969 | | Bank of America, P.O. Box 26249, Tampa, FL 33623-6249 |
| 519513612 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 519487974 | + | Briarcliff Owners INC., 250 Gorge Road, Cliffside Park, NJ 07010-1301 |
| 519503216 | + | Bruce A. Piekarsky, 250 George Road, Cliffside Park, NJ 07010-1301 |
| 519529883 | | Bruno Martinez, 648 New York Avenue, Clifton NJ 07011-0000 |
| 519539070 | + | City of Sunrise, 10770 W. Oakland Park Boulevard, Sunrise, FL 33351-6899 |
| 519529884 | + | Fellows & Hymowitz, Steven R. Hymowitz, Esq., 254 S Main Street, Ste 500, New City NY 10956-3340 |
| 519529885 | + | Hackensack Anesthesiology Associates, PA, 30 Prospect Ave., Hackensack NJ 07601-1915 |
| 519529886 | + | James Choi, 7 Rosetree Ter Apt E16, Ridgefield NJ 07657-1745 |
| 519529887 | + | Jerome Mondesir, 3871 Redwine Road Apt 7101, Atlanta GA 30344-5878 |
| 519529888 | + | Jose Jeronimo, 104 Irvington Road, Teaneck NJ 07666-6301 |
| 519529889 | #+ | Julie Liriano, 929 Pacific St Apt D, New Milford NJ 07646-5320 |
| 519529890 | + | Kleber E. Minchala Tenece, aka Kleber E. Minchala, 137 Hudson St. Apt 2, Hackensack NJ 07601-6875 |
| 519529892 | + | LVNV Funfing LLC, 10 Main Street Room 427, Hackensack NJ 07601-7042 |
| 519529891 | + | Liza Gonzalez, 7112 Park Avenue Apt 303, North Bergen NJ 07047-6824 |
| 519529893 | + | Mark Evans, 648 New York Avenue, Lyndhurst NJ 07071-1630 |
| 519529894 | | Marlene Brown, 67 Simons Avenue, Hackensack NJ 07601-0000 |
| 519529897 | + | Nigel Thompson, aka Nigel O. Thompson, 138 Clinton Ave Apt 3, Newark NJ 07114-1980 |
| 519529899 | + | Sellar Richardson, P.C., 293 Eisenhower Parkway, Suite 530, Livingston NJ 07039-1746 |
| 519529900 | + | Sergio Mollinedo, 70 46th St. Apt 2, Weehawken NJ 07086-8802 |
| 519528090 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519819318 | + | The Ohio Casualty Insurance Comany, Adam P. Friedman, Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| 519576520 | + | Western Surety Company, 101 S Reid St Ste 300, Sioux Falls SD 57103-7045 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2023 20:30:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, |

| | | | |
|---|---|---|---|
| | | | 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Aug 09 2023 20:33:59 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519491182 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2023 20:30:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519487965 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2023 20:30:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519507827 | Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 20:34:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519487966 | + Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 20:45:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519487970 | + Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2023 20:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519503120 | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2023 20:28:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519487973 | + Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2023 20:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519797173 | + Email/Text: BKBCNMAIL@carringtonms.com | Aug 09 2023 20:29:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519487975 | + Email/Text: bankruptcy@cavps.com | Aug 09 2023 20:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519489117 | + Email/Text: bankruptcy@cavps.com | Aug 09 2023 20:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519487979 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 20:45:04 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519500811 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 20:33:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519529880 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2023 20:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519487976 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2023 20:44:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519487980 | + Email/Text: Documentfiling@lciinc.com | Aug 09 2023 20:29:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519490320 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2023 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519529895 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2023 20:30:00 | Midland Funding LLC, 8875 Aero Dr., San Diego CA 92123-2255 |
| 519529896 | + Email/PDF: bankruptcy@ncfsi.com | Aug 09 2023 20:34:30 | New Century Financial Services, 110 South Jefferson Road, #104, Whippany NJ 07981-1038 |
| 519538878 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2023 20:34:25 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519543732 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2023 20:34:32 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation & Trust I, POB 41067, Norfolk VA 23541 |
| 519543693 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2023 20:34:08 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation & Lc Tru, POB 41067, Norfolk VA 23541 |
| 519529898 | Email/Text: signed.order@pfwattorneys.com | Aug 09 2023 20:29:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany NJ 07054-0000 |
| 519488951 | + Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0312-2                                   User: admin                                                  Page 3 of 4

Date Rcvd: Aug 09, 2023                              Form ID: 137                                        Total Noticed: 61

|  |  | Aug 09 2023 20:34:12 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519487981 | + Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 20:44:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519487983 | Email/Text: bankruptcy@td.com | Aug 09 2023 20:31:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 519487984 | Email/Text: bankruptcy@td.com | Aug 09 2023 20:31:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519542430 | Email/Text: bankruptcy@td.com | Aug 09 2023 20:31:00 | TD Bank, NA, 70 Gray Rd, Falmouth, ME 04105 |
| 519521788 | + Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2023 20:28:00 | THE BANK OF NEW YORK MELLON c/o Bank of America, N, PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519487982 |  | T |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519491967 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519507828 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519507831 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519487967 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519487968 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519487971 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519487972 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519797174 | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519487977 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519487978 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519538881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519576521 | *+ | Sellar Richardson, P.C., 293 Eisenhower Parkway, Suite 530, Livingston, NJ 07039-1746 |
| 519537592 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023                          Signature:          /s/Gustava Winters

District/off: 0312-2                             User: admin                                    Page 4 of 4
Date Rcvd: Aug 09, 2023                          Form ID: 137                                   Total Noticed: 61

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Bank of America  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| David L. Stevens | on behalf of Defendant Bruce A Piekarsky dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | on behalf of Debtor Bruce A Piekarsky dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Donald K. Ludman | on behalf of Interested Party New Jersey Judiciary dludman@brownconnery.com |
| Donald Victor Valenzano, Jr. | on behalf of Plaintiff Pressler  Felt & Warshaw, LLP dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor Pressler  Felt, & Warshaw, LLP dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com |
| Douglas J. McDonough | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-G dmcdonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  NA dmcdonough@flwlaw.com |
| Elizabeth K. Holdren | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Scott B. Piekarsky | on behalf of Debtor Bruce A Piekarsky spiekarsky@phillipsnizer.com  vkida@phillipsnizer.com;Docket@phillipsnizer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14