

# FORMAN HOLT
## ATTORNEYS AT LAW

Erin J. Kennedy
Member
ekennedy@formanlaw.com
201.857.7109

September 7, 2023

<u>Via ECF</u>
Honorable Rosemary Gambardella
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, Courtroom 3E
Newark, New Jersey 07102

**RE:   Bruce A. Piekarsky
Case No. 22-10450 (RG)**

**Hearing Date:  September 19, 2023 at 10:00 a.m.**

Dear Judge Gambardella:

We are writing in response to the Second Application for Compensation submitted by Debtor's attorney scheduled to be heard on September 19, 2023, in the referenced matter. The Chapter 13 Trustee had filed an objection to this application before the case was converted to chapter 7 and Charles M. Forman was appointed as the chapter 7 trustee.

The Chapter 7 Trustee has reviewed the fee application and additional information provided by Debtor's attorney regarding the fees. Since the fees proposed to be paid are to be paid from the Debtor's exempt funds or other non-estate funds being held by Debtor's counsel, the Trustee takes no position with respect to the allowance of the fees and does not have any objection to this application.

Respectfully,

Erin J. Kennedy

EJK/jmk

cc:   David L. Stevens, Esq.
Marie Ann Greenberg, Chapter 13 Trustee
Charles M. Forman, Trustee

FORMANLAW LLC
www.formanlaw.com

365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
620 Fifth Avenue, Second Floor, New York, NY 10020

T 201.845.1000
T 212.707.8500

{F0199253 - 1}