UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone (201) 845- 1000
Facsimile: (201) 665-6650
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on April 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRUCE A. PIEKARSKY,

                  Debtor.

Chapter 7

Case No. 22-10450 (RG)

Judge: Rosemary Gambardella

CHARLES M. FORMAN, Chapter 7 Trustee for the
estate of Bruce A. Piekarsky,

                  Plaintiff,

      v.

BRUCE A. PIEKARSKY,

                  Defendant.

Adv. Pro. No. 24-1423 (RG)

ANDREW R. VARA, United States Trustee,

                  Plaintiff,

      v.

BRUCE A. PIEKARSKY,

                  Defendant.

Adv. Pro. No. 24-1464 (RG)

## ORDER DENYING DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) be and hereby is **ORDERED.**

F0244685 - 1

**DATED: April 8, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:      Bruce A. Piekarsky
Case No.     22-10450 (RG)
Adv. Pro. No.  Charles M. Forman, Chapter 7 Trustee v. Bruce A. Piekarsky
Adv. Pro. No.  24-1423 (RG)
Adv. Pro.      Andrew A. Vara, United States Trustee v. Bruce A. Piekarsky
Adv. Pro. No.  24-1464 (RG)
Caption:      Order Denying Debtor's Discharge

**THIS MATTER** coming before the court by way of the Chapter 7 Trustee's Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. § 727 filed in Adv. Pro. No. 24-1423 and the United States Trustee's Complaint Objecting to Discharge, filed in Adv. Pro. No. 24-1464, and the adversary proceedings having been administratively consolidated pursuant to an order entered on December 10, 2024 [Doc. No. 10] to provide for a single proof hearing relating to the consolidated adversary proceedings, and the court having held a hearing regarding the requests to enter default judgment, and the court having considered the proofs presented and the argument of the parties, and the Debtor having been served with notice of the applications for entry of default judgment, and the Debtor failing to oppose the relief requested, and for reasons set forth in the opinion of the court set forth on the record of the hearing held on March 24, 2025, and for good cause shown, it is hereby

**ORDERED** that the Debtor's discharge is denied pursuant to 11 U.S.C. § 727 (a)(2)(b), (3), 4(d) and (5), and it is further

**ORDERED** that the Clerk of the Bankruptcy Court is directed to notify parties of the denial of discharge in accordance with Fed. R. Bankr. P. 4006; and it is further

**ORDERED** that the filing of a new bankruptcy case by the Debtor, or conversion to another Chapter under the Bankruptcy Code, shall not alter or affect the relief provided by this Order.